IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CASE NO.: 4:19-CR-53-NBB-JMV-1

LAMARCUS MARTIN     DEFENDANT

## ORDER GRANTING MOTION TO REVOKE

The defendant, Lamarcus Martin, having appeared this day before the undersigned for a bond revocation hearing, and having considered the testimony from several witnesses, and it appearing to the court that there is sufficient evidence to prove that the defendant violated one or more conditions of release and does not have fixed place of residence that complies with his conditions of pretrial supervision; therefore, the Motion to Revoke Pretrial Release is hereby **granted**. It is therefore

**ORDERED:**

That the defendant's bond be revoked and that the defendant be detained pending trial in this matter. Defendant is hereby remanded to the United States Marshal Service.

**THIS,** the 6th day of December 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**