**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 4:19-cr-53-SA-JMV-1

LAMARCUS MARTIN

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Derrick T. Simmons** on **July 17, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Derrick T. Simmons** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Derrick T. Simmons** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 17th day of July 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE